FILED
JUL 25 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

KEVIN OWEN BURRESS, )
    PLAINTIFF, )
-V- ) JURY DEMAND
) AND CIVIL ACTION NO.:
UNITED STATES BUREAU )
OF PRISONS, )
ACTING WARDEN LOTT, )
IN HIS OFFICIAL CAPACITY, )
CAPTAIN DEUTSCH, IN HIS )
OFFICIAL CAPACITY, )
UNIT MANAGER MOLL, )
IN HIS OFFICIAL CAPACITY, )
LIEUTENANT GARRITY, IN )
HIS OFFICIAL CAPACITY, )
    DEFENDANTS. )

## AMENDED CIVIL COMPLAINT

THIS IS THE FIRST AMENDED CIVIL COMPLAINT, BROUGHT BY KEVIN OWEN BURRESS #67918-509, A CIVILLY COMMITTED TRANSGENDER FEMALE, ALLEGING VIOLATION OF THE RELIGIOUS FREEDOM RESTORATION ACT (42 U.S.C. § 2000bb, et seq.) AND SEEKING INJUNCTIVE AND DECLARATORY RELIEFS.

-1-

## I. JURISDICTION, VENUE, AND REMEDY.

1. This court has jurisdiction under 28 U.S.C. §1331, and 28 U.S.C. §1343, because it is a federal civil rights action, and Plaintiff resides in this court's jurisdiction, however involuntarily.

2. Venue is proper under 28 U.S.C. §1391(b), because Plaintiff resides in this jurisdiction and it is where the acts or ommissions giving rise to the claims occurred.

3. Plaintiff is civilly committed and therefore exhaustion of administrative remedies is not required, or she has exhausted all available remedies as with the original complaint.

## II. PARTIES

### A. PLAINTIFF

4. Plaintiff Kevin Owen Burress, #67918-509, is a civilly committed transgender female Messianic Jewish person, who was being housed at FMC Butner, the Federal Medical Center prison in Butner, North Carolina during all times in this complaint unless specifically and expressly noted otherwise.

### B. DEFENDANTS

5. Defendant United States Bureau of Prisons is United States.

- 2 -

6. ACTING WARDEN LOTT IS THE ACTING WARDEN OVER FMC BUTNER AT ALL TIMES DURING THIS COMPLAINT WHERE HE IS BEING MENTIONED.

7. CAPTAIN DEUTSCH IS THE CAPTAIN OVER FMC BUTNER AT ALL TIMES DURING THIS COMPLAINT WHERE HE IS BEING MENTIONED.

8. UNIT MANAGER MOLL IS THE UNIT MANAGER OF MENTAL HEALTH UNITS AT FMC BUTNER, AT ALL TIMES DURING THIS COMPLAINT WHERE HE IS BEING MENTIONED.

9. LIEUTENANT GARRITY IS THE MENTAL HEALTH LIEUTENANT OVER MENTAL HEALTH UNITS AT FMC BUTNER, AT ALL TIMES DURING THIS COMPLAINT WHERE HE IS BEING MENTIONED.

## III. BACKGROUND AND FACTS

### A. PLAINTIFF'S BELIEF IN SPIRITUAL GIFTS:

10. PLAINTIFF WAS RAISED CHRISTIAN, AND WENT TO CALVARY CHAPEL IN CLEARLAKE, CA.

11. CALVALRY CHAPEL TEACHES THE BELIEF IN SPIRITUAL GIFTS, INCLUDING BUT NOT LIMITED TO TALKING IN TONGUES, PROPHECY, DISCERNMENT, TRANSLATION, AND COMPOSES OF SCIENCE,

CARPENTRY, AND OTHER SPIRITUAL GIFTS.

12. PLAINTIFF BELIEVES SHE HAS RECEIVED A SPIRITUAL GIFT IN COMPUTER SCIENCE, GIVEN TO HER BY GOD TO DO HIS WORK.

B. PLAINTIFF BELIEVES IN HAVING A CALLING TO STATION IN GOD'S ARMY.

13. PLAINTIFF BELIEVES GOD HAS REVEALED TO HER THAT HE IS CALLING HER TO STATION IN HIS ARMY TO USE HER SPIRITUAL GIFTS FOR HIS WORK.

14. PLAINTIFF BELIEVES HER STATION IS TO HAVE A LAPTOP OR DESKTOP COMPUTER WHICH IS HER PROPERTY FOR GOD TO OWN THROUGH HER, AND FOR HER TO USE THE INTERNET ON THE COMPUTER TO DO HIS WORK, ESPECIALLY PROGRAMMING, AND OTHER COMPUTER WORK, INCLUDING ADMINISTRATION.

15. PLAINTIFF BELIEVES IN EXTENDING HER STATION TO INCLUDE WEBSITE DOMAIN AND SERVER ADMINISTRATION, DESIGN, AND MODERATION, OF SERVICES, ESPECIALLY MINECRAFT, LIKE THE VATICAN HAS A MINECRAFT SERVER.

C. PLAINTIFF BELIEVES IN REWARDS.

16. PLAINTIFF BELIEVES IN RECEIVING REWARDS FOR HER USE OF HER SPIRITUAL GIFTS, IN HEAVEN, AND ON EARTH.

17. PLAINTIFF BELIEVES IN EXPRESS REWARDS

-4-

### D. THE DEFENDANTS ARE SUBSTANTIALLY BURDENING PLAINTIFF'S RELIGIOUS EXERCISES

18. DEFENDANTS ACTS OR OMISSIONS PREVENT THE PLAINTIFF FROM HER RELIGIOUS EXERCISES ALTOGETHER.

19. THE PLAINTIFF IS SUBSTANTIALLY BURDENED OF HER RELIGIOUS EXERCISES AS SHE CANNOT WRITE MODERN COMPUTER CODE, SHE CANNOT USE HER STATION WITH HER SPIRITUAL GIFTS, AND IS THEREBY DEPRIVED OF HER REWARDS.

## IV. CLAIMS

20. THE DEFENDANTS' SUBSTANTIALLY BURDENING OF PLAINTIFF'S RELIGIOUS EXERCISES VIOLATES THE RELIGIOUS FREEDOM RESTORATION ACT, 42 U.S.C. § 2000bb, et. seq.

21. THE DEFENDANT'S TOTAL BAN ON PLAINTIFF'S RELIGIOUS EXERCISES IS NOT THE LEAST-RESTRICTIVE MEANS OF FURTHERING THE GOVERNMENT'S COMPELLING INTERESTS, AS REQUIRED BY 42 U.S.C. § 2000bb, et. seq.

## V. RELIEF

WHEREFORE THE PLAINTIFF IN THIS CASE SEEKS RELIEF IN THE FOLLOWING:

A) A PERMANENT INJUNCTION AGAINST

THE DEFENDANTS FROM PROHIBITING PLAINTIFF'S RELIGIOUS EXERCISES, AND ALLOWING HER TO OWN AND POSSESS HER STATION, AND USE OF THE INTERNET ON IT, WHETHER OR NOT UNDER SURVEILLENCE;

b) DECLARATORY JUDGMENT;

c) A PRELIMINARY INJUNCTION PERMITTING THE PLAINTIFF TO PURCHASE AND OWN AND POSSESS A LAPTOP COMPUTER WITH PERIPHERALS, TO INCLUDE PORTABLE HARD DRIVES, "THUMB DRIVES", A PRINTER, AND OTHER USB DEVICES; AND TO PERMIT HER TO USE THE INTERNET AND TO ADMINISTRATE HER LAPTOP AND OTHER SERVER COMPUTERS ON THE INTERNET, INCLUDING FOR GOD, THE WEB SERVER FOR FREERELIGION.ORG AND OTHER DOMAINS AND PROJECTS; AND TO ALLOW HER TO USE THE STATION, INCLUDING THESE THINGS, TO CONTINUE BRINGING THIS CASE, REGARDLESS OF HOUSING SITUATION, AND TO INCLUDE THESE REQUIREMENTS IN A PERMANENT INJUNCTION; AND TO KEEP HER IN THE COURT'S JURISDICTION AS LONG AS SHE IS BEING HELD BY THE UNITED STATES, UNTIL THE END OF THIS CASE AND THE PERMANENT INJUNCTION, OR RELEASE THE PLAINTIFF; AND

d) ANY OTHER RELIEF IN FAVOR OF THE PLAINTIFF.

## VI. CERTIFICATION

I, KEVIN OWEN BURRESS, USMS #67918-509, DO HEREBY SWEAR AND AFFIRM THAT THE FOREGOING IS TRUE AND CORRECT, UNDER PENALTY OF PERJURY, IN ACCORDANCE WITH THE LAWS OF THE UNITED STATES.

22. PLAINTIFF INCLUDES BY REFERENCE ORIGINAL COMPLAINT RESPECTFULLY, ON THIS 22ND DAY OF JULY, THE YEAR OF OUR LORD 2025,

_[signature]_
PLAINTIFF

KEVIN OWEN BURRESS
#67918-509
PO BOX 1600
BUTNER, NC 27509

## VII. JURY DEMAND

PLAINTIFF HEREBY DEMANDS A JURY TRIAL ON ALL ISSUES TRIABLE BY A JURY.

_[signature]_   22 JUL 2025
PLAINTIFF.       DATE DDMMMYYYY